# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

## 19-2283 - Wilson v. DVA

**Date of docketing:** August 19, 2019

**Petition for review of:** Merit Systems Protection Board case no. PH-0752-17-0329-I-2

**Petitioner:** Lynett S. Wilson

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12 and 15.
- Filing fee due. (*Due within 14 days of the date of docketing*.) See Fed. R. App. P. 15(e) and Fed. Cir. R. 52.
- Certified list. See Fed. Cir. R. 17.
- Statement concerning discrimination. (*Due within 14 days of the date of docketing*.) See Fed. Cir. R. 15(c).
- Entry of appearance. (*Due within 14 days of the date of docketing*.) See Fed. Cir. R. 47.3.
- Certificate of interest. (*Due within 14 days of the date of docketing*.) See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 30 days of the date of docketing*.) [Only in cases where all parties are represented by counsel. See Fed. Cir. R. 33.1 and the mediation guidelines available at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court**.
- Briefs. See Fed. Cir. R. 31. [A pro se party must not file his or her informal brief until after the certified list has been filed and served.] **N.B. You will not receive a separate briefing schedule from the Clerk's Office**.
- **ORAL ARGUMENT SCHEDULE CONFLICTS:** See Practice Note following Fed. Cir. R. 34.

The official caption is reflected on the electronic docket under the listing of the parties and counsel. The Rules of Practice and required forms are available at www.cafc.uscourts.gov.

Peter R. Marksteiner
Clerk of Court

cc: Clerk, Merit Systems Protection Board
Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice
Robert Fred Stone