NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**LYNETT S. WILSON,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

2019-2283

Petition for review of the Merit Systems Protection Board in No. PH-0752-17-0329-I-2.

**ON MOTION**

Before MOORE, O'MALLEY, and STOLL, *Circuit Judges*.

O'MALLEY, *Circuit Judge*.

**O R D E R**

On September 25, 2020, this court dismissed Lynett Wilson's petition for review after concluding that she effectively pled herself out of court by abandoning her discrimination claims because, in doing so, she lacked any allegation capable of supporting her claim that her absence from work was the result of improper acts by the agency.

Ms. Wilson now files a "motion to vacate, modify or otherwise change" that order, seeking to rescind her prior position and to transfer this case back to the United States District Court for the District of Maine for adjudication of her mixed case. Ms. Wilson indicates that the Department of Veterans Affairs does not oppose the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The court's September 25, 2020 order is vacated. Pursuant to 28 U.S.C. § 1631, this matter and all filings are transferred to the United States District Court for the District of Maine.

(2) Any other pending motions are denied as moot.

FOR THE COURT

November 17, 2020  /s/ Peter R. Marksteiner
Date  Peter R. Marksteiner
 Clerk of Court